# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# 5:17-CR-00281-H-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | ORDER |
| | ) | |
| MARTIN TORRES-MEDINA | ) | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Proposed Sealed Exhibit, which is docket entry number 35, and is labeled as Exhibit B in docket entry 34. The Court is of the opinion that the Proposed Sealed Exhibit, docket number 35, should be filed under seal in the interest of justice.

IT IS, THEREFORE, ORDERED that the requested documents to be sealed and be filed under seal.

This __22nd__ day of February 2018.

_____
THE HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE